PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, Appellant, v. BANKERS TRUST COMPANY, Respondent, et al., Defendant.

Submitted January 8, 1943; decided February 25, 1943.

*James J. Milligan* for appellant.

*J. Adam Murphy* and *Adrian D. Stevenson* for respondent.

Judgment affirmed, with costs, no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: FINCH, J.